1:15-cr-338-ss

To Whomever It May Concern;

My name is Micheal Harrington, Federal Inmate #62416-380. I am filing some legal paperwork, and am needing copies of my Judgement & Commitment, as well as a copy of my Docket sheets. Thank you for your time.

Micheal Harrington
#62416-380

*Michael Harrington*

RECEIVED
AUG 1 7 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Micheal Harrington
#62416-380
FCC Beaumont Medium
P.O. Box 26040
Beaumont, Tx. 77720

Western District:
Clerk Office
501 West Fifth St. Suite 1100
Austin, Tx. 78701
78701-381275