RECEIVED
MAR 28 2019
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

RE: A-15-cr-338 (1)SS U.S.A. V Michael Anthony Harrington

I would like copies of my documents referenced case. My docket sheet and Judgment and Commitment..

Thank You,

Michael Harrington

**Copies Available Upon Receipt of $5.50**

Michael Harrington 62416-380
P.O. Box 6000
Gilmer (medium)
Baldwin, WV 26351

CHARLESTON WV 250
25 MAR 2019 PM 3 L

UNITED States District court
Western District of Texas
501 West 5TH St, Suite 1100
Austin, Tx 78701

SCREENED BY CSO
MAR 2 8 2019

78701-381275