UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | No. A-15-CR-338(1)-SS |
| MICHAEL ANTHONY HARRINGTON | § | |

ORDER

Before the Court is Defendant Michael Harrington's Sealed Motion for Compassionate release [dkt #49]. After reviewing the motion, the Government's response, Defendant's reply and applicable law, the Court **GRANTS** the motion. Pursuant to 18 U.S.C. § 3582(c)(1)(A), the Court orders that the defendant's term of imprisonment is reduced to the time he has already served. Defendant shall be placed immediately in a 14-day quarantine at his institution unless this is not necessary because he has already undergone quarantine for release to the community. It is further ordered that Defendant shall be released from the custody of the Bureau of Prisons as soon as his period of quarantine is completed, his medical condition permits, his release plan is implemented, and travel arrangements can be made. The Government shall notify the Court if COVID-19 symptoms prevent Defendant from completing the quarantine within 14 days or Defendant fails to produce a negative COVID-19 test result as a part of any testing the Bureau of Prison performs during the quarantine period.

Except as otherwise provided, all provisions of the judgment dated May 11, 2016, shall remain in effect.

A copy of this Order shall be transmitted to the Probation Office and the Bureau of Prisons immediately.

SIGNED this   22nd   day of June 2020.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE